IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :        1:15CR 99 -1
                                  :
JAMES LEWIS BRYANT, JR.           :

FILED
MAR 30 2015
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By DK

The Grand Jury charges:

On or about September 4, 2014, in the County of Forsyth, in the Middle District of North Carolina, JAMES LEWIS BRYANT, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Smith & Wesson .357 Magnum caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

ANDREW C. COCHRAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY